

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 17, 2007

By Hand

Hon. Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2007
```

    Re: <u>Danya Henderson v. Astrue</u>
        07 Civ. 7320 (DC)

Dear Judge Chin:

    This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

    After one adjournment was granted due to a delay in the preparation of the administrative record, the answer is now due on December 17, 2007. This Office has only recently received the administrative record in this case. In order to allow time to review the record, and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer or move be extended to February 8, 2008. Plaintiff's counsel had kindly consented to this request.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
JOHN E. GURA, JR.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc:  Allan Rubin, Esq.
     (By Mail)

APPLICATION GRANTED.
SO ORDERED

*[signature]*
Denny Chin, U.S.D.J.

12/21/07

2