UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

DAYNA HENDERSON,                         :

        Plaintiff,               :

    - against -                         :

MICHAEL J. ASTRUE, Commissioner of       :
the Social Security Administration,
                                  :
        Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 7320 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2008

**CHIN, D.J.**

    The parties shall cross move for judgment on the pleadings. Plaintiff shall move no later than March 25, 2008. The Government shall move no later than April 25, 2008. Plaintiff shall submit her reply/opposition no later than May 16, 2008, and the Government shall submit its reply/opposition no later than June 6, 2008.

    SO ORDERED.

Dated:    New York, New York
           February 25, 2008

                                    DENNY CHIN
                                    United States District Judge