MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
:
DAYNA HENDERSON,                          :    **REVISED**
                                          :    **BRIEFING SCHEDULE**
                Plaintiff,                :
                                          :
        - v. -                            :    07 Civ. 7320 (DC)
                                          :
MICHAEL J. ASTRUE,                        :
Commissioner of Social Security,          :
                                          :
                Defendant.                :
- - - - - - - - - - - - - - - - - - - - - x

Defendant having filed his answer to the complaint on February 15, 2008,

IT IS HEREBY ORDERED that:

1. Defendant's motion for judgment on the pleadings shall be served and filed on or before July 7, 2008;

2. Plaintiff's response to the motion and cross-motion shall be served and filed on or before August 6, 2008;

3. Defendant's response and reply, if any, shall be served and filed on or before August 20, 2008; and

4. Plaintiff's reply, if any, shall be served and filed on or before September 3, 2008.

SO ORDERED:

_____
United States District Judge
6/9/08