ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
DAYNA HENDERSON,                  :
                                  :
                      Plaintiff,  :
                                  :
        - v. -                    :     STIPULATION AND ORDER
                                  :          OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :     07 Civ. 7320 (DC)
Social Security,                  :
                      Defendant.  :
                                  :
- - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
       June 27, 2008

> RUBIN & KELLY
> Attorneys for Plaintiff
>
> By: /s/ Allan Rubin
> ALLAN RUBIN, ESQ.
> 660 White Plains Road
> Tarrytown, New York  10591
> Telephone No.: (914) 333-0900
>
> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for Defendant
>
> By: /s/ Susan C. Branagan
> SUSAN C. BRANAGAN
> Assistant United States Attorney
> 86 Chambers Street - 3rd Floor
> New York, New York  10007
> Telephone No.: (212) 637-2804
> Susan.Branagan@usdoj.gov

SO ORDERED:

/s/
UNITED STATES DISTRICT JUDGE